FREDERICK S. OSBURN, JR., Appellant, *v.* THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.

(Submitted October 25, 1934; decided November 20, 1934.)

*Howard M. Woods* for appellant.

*Charles S. Wilcox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: CROUCH, J.